1

2

3

4

5

6

7

8

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JAN 02 2002   PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON   DEPUTY
BY

# 304229

9

10

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

PERRY QUINONES,

12

Plaintiff,

13

vs

14

DAVID TONER, THOMAS BURNS,
JOHN SCHWEIGER, D JOHNSON, J

15

PITTS, [FNU] MACARONE, [FNU]
WILSON, JOHN AND JANE DOES 1 – 10,

16

and the CITY OF SEATTLE,

17

Defendants

NO **C02-0007**R

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS AND
RELATED TORTIOUS ACTS

**JURY DEMAND**

18

**COMPLAINT**

19

**Introduction**

20

**1.** This is an action for money damages brought pursuant to 42 U S C §§ 1983 and

21

1988, and the Fourth and Fourteenth Amendments to the United States Constitution, and

22

under the common law of the State of Washington, against David Toner, Serial No 5517,

23

Thomas Burns, Serial No 5438, John Schweiger, Serial No 5177, D Johnson, Serial No

24

5836, J Pitts, Serial No 5454, Officer Macarone, Serial No 6112, Sergeant Wilson, Serial

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 1

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 · FAX (206) 622-3848

ORIGINAL

1   No 4069, and John Does 1 – 10, all police officers of the City of Seattle, in their individual

2   capacities, and against the City of Seattle   Jurisdiction is based upon 28 U S C §§ 1331 and

3   1343, and on the pendent jurisdiction of this Court to entertain claims arising under state

4   law

5   　　**2.** It is alleged that the individual police officer defendants made an unreasonable

6   seizure of the person and property of Perry Quinones, violating his rights under the Fourth

7   and Fourteenth Amendments to the United States Constitution, and that these defendants

8   assaulted and battered Perry Quinones and unlawfully converted $100 of his money   It is

9   further alleged that these violations and torts were committed as a result of policies and

10   customs of the City of Seattle

11   　　　　　　　　　　　　　　　　　**Parties**

12   　　**3.** Perry Quinones is a thirty-six-year-old man who has resided at all material times

13   in Seattle, Washington

14   　　**4.** The defendant officers were at all times relevant to this complaint duly appointed

15   and acting officers of the police department of the City of Seattle, acting under color of law,

16   to wit, under color of the statutes, ordinances, regulations, policies, customs and usages of

17   the State of Washington and/or the City of Seattle

18   　　**5.** The City of Seattle, Washington, is a municipal corporation and the public

19   employer of the defendant officers

20   　　　　　　　　　　　　　　　　　**Facts**

21   　　**6.** On or about January 4, 2001, at approximately 7 15 a m , Perry Quinones was

22   walking in the area of Second Avenue and Virginia Street in downtown Seattle, on his way to

23   the Millionair Club Charity organization

24

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 2

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 · FAX. (206) 622-3848

1          **7.** Along his way, Mr Quinones stopped briefly to ask an individual he met on the

2     street where he might be able to buy a breakfast sandwich

3          **8.** Shortly after Mr Quinones stopped to speak to this individual, defendant police

4     officers Toner, Burns, Schweiger, Johnson, and Macarone descended upon Mr Quinones,

5     and one or more of them ordered him to stop and put his hands in the air   Mr Quinones

6     complied with these commands

7          **9.** One or more of the officers identified in Paragraph 8 frisked Mr Quinones,

8     seized and rummaged through his wallet, and handcuffed him

9          **10.** Officer Macarone took a \$100 bill from Mr Quinones' wallet and never returned

10    it

11         **11.** Mr Quinones was taken in custody to the West Precinct of the Seattle Police

12    Department, where he was detained

13         **12.** Mr Quinones was subjected to a strip search at the precinct, conducted by

14    defendant Pitts

15         **13.** Mr Quinones was physically forced to have photographs taken of him at the

16    precinct   Defendant Wilson and two other unknown male officers held Mr Quinones

17    against a wall while defendant Macarone took the photographs

18         **14.** When Mr Quinones tried to passively resist having his photograph taken, five or

19    six male officers, some or all of whom are the identified defendants, physically assaulted him,

20    kicking him, pulling his hair, stomping on his right hand, pulling his right thumb back

21    against his hand, and putting him in a chokehold almost to the point of losing

22    consciousness

23

24

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 3

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 • FAX (206) 622-3848

1         **15.** John Does 1 – 10, other officers at the precinct as yet unidentified, looked on

2   from an adjacent room as Mr Quinones was being assaulted and did nothing to stop the

3   assault

4         **16.** Eventually Mr Quinones was released from the precinct

5         **17.** At no time during the events described above was Mr Quinones intoxicated,

6   incapacitated, a threat to the safety of himself or others, or disorderly   He had not

7   committed any criminal offenses

8         **18.** The defendant police officers had no warrant for Mr Quinones' arrest, no

9   probable cause for his arrest and no legal cause or excuse to seize or search Mr Quinones'

10   person

11         **19.** The defendant police officers had no warrant for the seizure of Mr Quinones'

12   $100 bill, no probable cause for its seizure and no legal cause or excuse to seize the money

13         **20.** At all times during the events described above, the defendant police officers were

14   engaged in a joint venture   The individual officers assisted each other in performing the

15   various actions described and lent their physical presence and support and the authority of

16   their office to each other during the said events

17         **21.** As a direct and approximate result of the said acts of the defendant officers, Mr

18   Quinones suffered the following injuries and damages

19           **a.** Violation of his constitutional rights under the Fourth and Fourteenth

20               Amendments to the United States Constitution to be free from an

21               unreasonable search and seizure of his person and property,

22           **b.** Loss of his physical liberty, and

23           **c.** Physical pain and suffering and emotional trauma and suffering

24

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 4

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 · FAX (206) 622-3848

**22.** The actions of the defendant officers violated the following clearly established and well settled federal constitutional rights of Mr Quinones

    **a.** Freedom from the unreasonable seizure of his person and property, and

    **b.** Freedom from the use of excessive, unreasonable and unjustified force against his person

**COUNT I**
**42 U.S.C. § 1983 Against Individual Defendants**

**23.** Paragraphs 1 through 22 are incorporated herein by reference as though fully set forth

**24.** Plaintiff Perry Quinones claims damages for the injuries set forth above under 42 U S C § 1983 against defendants Toner, Burns, Schweiger, Johnson, Pitts, Macarone, Wilson, and John Does 1 – 10 for violation of his constitutional rights under color of law

**COUNT II**
**Assault and Battery Against Individual Defendants**

**25.** Paragraphs 1 through 22 are incorporated herein by reference as though fully set forth

**26.** Defendants Wilson, Toner, Burns, Schweiger, Johnson, Pitts and/or John Does 1 – 10 assaulted and battered plaintiff Perry Quinones

**27.** As a result of this assault and battery, Mr Quinones suffered damages as aforesaid

**COUNT III**
**False Arrest and Illegal Imprisonment Against Individual Defendants**

**28.** Paragraphs 1 through 22 are incorporated herein by reference as though fully set forth

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 5

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 • FAX, (206) 622-3848

1    **29.** Defendants Toner, Burns, Schweiger, Johnson, Macarone, Pitts, Wilson, and

2    John Does 1 – 10 illegally arrested and/or illegally imprisoned plaintiff Perry Quinones

3         **30.** As a result of this false arrest and illegal imprisonment, plaintiff Perry Quinones

4    suffered damages as aforesaid

5                             **COUNT IV**
                **Conversion Against Defendant Macarone**

6

7         **31.** Paragraphs 1 through 22 are incorporated herein by reference as though fully set

     forth
8

9         **32.** Defendant Macarone illegally appropriated a $100 bill rightfully owned and

     possessed by plaintiff Perry Quinones
10

11        **33.** As a result of this conversion, plaintiff Perry Quinones suffered damages as

     aforesaid
12                                  ·

                                **COUNT V**
13               **42 U.S.C. § 1983 Against City of Seattle**

14        **34.** Paragraphs 1 through 22 are incorporated herein by reference as though fully set

15   forth

16        **35.** Prior to January 4, 2001, the City of Seattle developed and maintained policies or

17   customs exhibiting deliberate indifference to the constitutional rights of persons in Seattle,

18   which caused the violation of Perry Quinones' rights

19        **36.** It was the policy and/or custom of the City of Seattle to inadequately and

20   improperly investigate citizen complaints of police misconduct, and acts of misconduct were

21   instead tolerated by the City of Seattle

22        **37.** It was the policy and/or custom of the City of Seattle to inadequately supervise

23   and train its police officers, thereby failing to adequately discourage further constitutional

24

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 6

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 • FAX (206) 622-3848

1  violations on the part of its police officers   The City did not require appropriate in-service

2  training or re-training of officers who were known to have engaged in police misconduct

3      **38.** As a result of the above described policies and customs, police officers of the

4  City of Seattle, including the defendant officers, believed that their actions would not be

5  properly monitored by supervisory officers and that misconduct would not be investigated

6  or sanctioned, but would be tolerated

7      **39.** The above described policies and customs demonstrated a deliberate indifference

8  on the part of policymakers of the City of Seattle to the constitutional rights of persons

9  within the city, and were the cause of the violations of Mr  Quinones' rights alleged herein

10                              **RELIEF REQUESTED**

11      WHEREFORE, the plaintiff requests that this Court

12      **a.** Award compensatory damages to the plaintiff against the defendants, jointly and

13  severally,

14      **b.** Award reasonable attorneys' fees and costs of this action to the plaintiff, and

15      **c.** Award such other and further relief as this Court may deem appropriate

16                              **JURY TRIAL DEMANDED**

17      Plaintiff demands a trial by jury pursuant to the Seventh Amendment to the United

18  States Constitution and Federal Rule of Civil Procedure 38

19      Dated this 2nd day of January, 2002

20                         SMITH ROBERSON HUGHES & WALSH

21

22                                Jacqueline K  Walsh

23                                Counsel for Plaintiff

24  \\
    \\

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 7

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 • FAX  (206) 622-3848

1

STEINBORN & HOLCOMB, PLLC

2

3                     Alison C Holcomb
                      Counsel for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR DAMAGES FOR
DEPRIVATION OF FEDERALLY
PROTECTED RIGHTS - 8

STEINBORN & HOLCOMB, PLLC
THE INTERURBAN BUILDING
157 YESLER WAY, SUITE 400
SEATTLE, WASHINGTON 98104
(206) 622-5117 • FAX (206) 622-3848